In the Matter of ROSE DE NICOLA, Respondent, against HARRY DE NICOLA, Appellant.

Submitted July 7, 1938; decided October 4, 1938.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* of counsel), for motion.

*James C. Danzilo* opposed.

Motion granted and appeal dismissed.